IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH ADER,

        Plaintiff,                    No. 2:12-cv-00710 GEB KJN PS

     v.

BELIMED, INC, a Florida Corporation,
and DOES 1-20, Inclusive,

        Defendants.             ORDER

        Presently before the court is defendant's request to appear by telephone at the August 2, 2012 hearing on its motion to dismiss this case for lack of subject matter jurisdiction or, alternatively, to transfer the case to the United States District Court for the District of South Carolina.[1] The request was made by defendant's counsel who is located in Los Angeles, California. The undersigned grants defendant's request.

        Accordingly, IT IS HEREBY ORDERED that:

        1.    Defendant's request to appear by telephone at the August 2, 2012 hearing on defendant's motions to dismiss or transfer is granted. Defendant's counsel, Robert M. Anderson, may appear at the hearing by telephone.

---

[1] This case was referred to the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

2. Mr. Anderson shall promptly contact the undersigned's Courtroom Deputy at (916) 930-4187, and provide a dedicated, hard telephone line at which the court may contact defendant's counsel at the time of the hearing.

IT IS SO ORDERED.

DATED: July 17, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2