IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH ADER,

      Plaintiff,

      v.

BELIMED, INC, a Florida Corporation,
and DOES 1-20, Inclusive,

      Defendants.

No. 2:12-cv-00710 GEB KJN PS

ORDER

Presently before the court is plaintiff's request to appear by telephone at the August 2, 2012 hearing on defendant's motion to dismiss this case for lack of subject matter jurisdiction or, alternatively, to transfer the case to the United States District Court for the District of South Carolina.[1]  Plaintiff presently resides in Phoenix, Arizona.  (Ader Decl. ¶ 4.)  The undersigned grants plaintiff's request.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to appear by telephone at the August 2, 2012 hearing on defendant's motions to dismiss or transfer is granted.

2. Plaintiff shall promptly contact the undersigned's Courtroom Deputy at

---

[1] This case was referred to the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

1  (916) 930-4187, and provide a dedicated, hard telephone line at which the court may contact
2  plaintiff at the time of the hearing.
3       IT IS SO ORDERED.
4  DATED: July 24, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2